No. A–887 (91–8361). BLACK *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. JUSTICE BLACKMUN, JUSTICE STEVENS, and JUS-

TICE O'CONNOR would grant the application for stay of execution pending the disposition of the petition for writ of certiorari.